UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dane Christopher Muma,

                Plaintiff(s),

v.                                 Case No. 1:25−cv−13545−TLL−PTM
                                          Hon. Thomas L. Ludington

Gladwin, County of, et al.,

                Defendant(s),

## ORDER REQUIRING RESPONSE

The following document has been filed:

    Motion to Dismiss – #13

IT IS HEREBY ORDERED that Dane Christopher Muma shall file a response to the above document on or before February 3, 2026. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

IT IS FURTHER ORDERED that a reply, if any, shall be filed on or before February 17, 2026.

                                              s/Patricia T. Morris
                                              Patricia T. Morris
                                              U.S. Magistrate Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                      By: s/K Castaneda
                                           Case Manager

Dated:   January 13, 2026