UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DANE CHRISTOPHER MUMA,

   *Plaintiff,*

v.

COUNTY OF GLADWIN, et al.,

   *Defendants.*
_____/

Case No. 1:25-cv-13545

Thomas L. Ludington
United States District Judge

Patricia T. Morris
United States Magistrate Judge

## ORDER TO SHOW CAUSE

Plaintiff commenced this action by mailing his Complaint to the Clerk's Office, where it was received and filed on November 7, 2025. (ECF No. 1.) Summonses were subsequently issued on November 10, 2025, including summons for Defendant Gladwin County. (ECF No. 4.) Because Plaintiff paid the filing fee and did not proceed *in forma pauperis*, service was not ordered through the United States Marshal Service. Responsibility for effecting service therefore rests with Plaintiff.

Federal Rule of Civil Procedure 4(m) requires a plaintiff to serve each defendant within 90 days after the complaint is filed. More than 90 days have elapsed since November 7, 2025. The docket does not reflect that Defendant Gladwin County has been served, nor has Plaintiff filed proof of service as to that defendant.

Plaintiff is proceeding without counsel; however, *pro se* litigants must comply with the Federal Rules of Civil Procedure and this Court's Local Rules. The Court's *Pro Se* Handbook explains that when a plaintiff pays the filing fee the plaintiff is responsible for serving each defendant and filing proof of service with the Court. *See Pro Se* Handbook at 7–10.[1]

Specifically:

1. A plaintiff must serve each defendant with a summons and a copy of the complaint in accordance with Federal Rule of Civil Procedure 4.

2. Service may be accomplished upon a local government as governed by Federal Rule of Civil Procedure 4(j)(2), and further outlined in the Handbook.

3. After service is completed, the plaintiff must file a return or certificate of service with the Court stating when and how service was made.

Without proof of service, the Court cannot proceed against that defendant.

Accordingly, **IT IS ORDERED** that Plaintiff must **SHOW CAUSE** on or before **March 13, 2026**, why his claims against Defendant Gladwin County should not be dismissed without prejudice under Federal Rule of Civil Procedure 4(m) for failure to timely serve and failure to prosecute. *See Koehn v. 313 Presents, LLC*,

---

[1] Available at https://www.mied.uscourts.gov/PDFFIles/HowToFileYourLawsuit Handbook.pdf. *See also* https://www.mied.uscourts.gov/index.cfm?pageFunction=proSe; Serving Your Complaint, https://www.mied.uscourts.gov/PDFFiles/Service_ Handbook.pdf.

649 F. Supp. 3d 465 (E.D. Mich. 2023) (explaining good cause for failure to serve and dismissing unserved defendants).

| | |
|---|---|
| Date: February 20, 2026 | S/PATRICIA T. MORRIS<br>Patricia T. Morris<br>United States Magistrate Judge |