UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DANE MUMA,

          Plaintiff,

v.

COUNTY OF GLADWIN,
KAYLA KREUGER, ALEXIS EVERS, and
DOES 1–10,

          Defendants.

_____/

Case Number 25-13545
Honorable David M. Lawson
Magistrate Judge Patricia T. Morris

### ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COUNTS III AND IV OF THE AMENDED COMPLAINT WITH PREJUDICE, AND DISMISSING DEFENDANTS KAYLA KREUGER AND ALEXIS EVERS

Presently before the Court is the report issued on February 23, 2026 by Magistrate Judge Patricia T. Morris under 28 U.S.C. § 636(b), recommending that the Court (1) deny as moot the defendants Kayla Kreuger and Alexis Evers's motion to dismiss, (2) grant their motion to dismiss the first amended complaint, and (3) dismiss those defendants, along with Counts III and IV of the amended complaint, with prejudice.  The deadline for filing objections to the report has passed, and no party has objected to the recommended disposition.  The parties' failure to file objections to the report and recommendation waives any further right to appeal.  *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).  Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  However, the Court agrees with the magistrate judge's findings and conclusions.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 16) is **ADOPTED**, defendants Kayla Kreuger and Alexis Evers's motion to dismiss (ECF No. 10) is **DISMISSED AS MOOT**, defendants Kayla Kreuger and Alexis Evers's motion to dismiss the

- 2 -

first amended complaint (ECF No. 13) is **GRANTED**, Counts III and IV of the first amended complaint are **DISMISSED WITH PREJUDICE**, and defendants Kayla Kreuger and Alexis Evers are **DISMISSED**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   April 1, 2026