UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DANE MUMA,

          Plaintiff,                      Case Number 25-13545

v.                                      Honorable David M. Lawson
                                         Magistrate Judge Patricia T. Morris

COUNTY OF GLADWIN, and
DOES 1–25,

          Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING THE CASE**

Before the Court is the report issued on April 2, 2026 by Magistrate Judge Patricia T. Morris, recommending that the Court dismiss the case for want of prosecution.  The deadline for filing objections to the report has passed, and no party has objected to the recommended disposition.  The parties' failure to file objections to the report and recommendation waives any further right to appeal.  *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).  Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  However, the Court agrees with the magistrate judge's findings and conclusions.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 18) is **ADOPTED**.

It is further **ORDERED** that the plaintiff's amended complaint is **DISMISSED WITHOUT PREJUDICE**.

                                      s/David M. Lawson
                                      DAVID M. LAWSON
                                      United States District Judge

Dated:  April 23, 2026